IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV191**

| | ) | |
|---|---|---|
| JUDITH B. TEAGUE, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| TARGET CORPORATION d/b/a | ) | |
| TARGET STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **July 9, 2007 term of court at 10:00 a.m.** in Charlotte.

IT IS SO ORDERED.

Signed: July 12, 2006

*[signature]*

Graham C. Mullen
United States District Judge